UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARCUS K. REID** | : | **CIVIL ACTION NO. 15-2860** |
| **VERSUS** | : | **JUDGE MINALDI** |
| **RYAN HEPPLER, ET AL** | : | **MAGISTRATE JUDGE KAY** |

### REPORT AND RECOMMENDATION

Before the court is the civil rights complaint filed on October 13, 2015 by *pro se* plaintiff Marcus K. Reid ("Reid"). Doc. 1. At the time he filed this complaint Reid was incarcerated at East Arkansas Regional Unit in Marianna, Arkansas.

On January 5, 2016 this court issued a Memorandum Order advising Reid that his pleadings were not in the proper form. Doc. 6. The court provided the proper forms and gave Reid thirty (30) days to amend his pleadings. *Id.* The order cautioned Reid that failure to amend the pleadings would result in the "complaint being stricken from the record." *Id.* As of this date Reid has not complied with the court order.

Federal Rules of Civil Procedure Rule 41(b) permits dismissal of claims "[i]f the plaintiff fails to prosecute or to comply with ... a court order..." The district court also has the inherent authority to dismiss an action *sua sponte*, without motion by a defendant. *Link v. Wabash R.R.Co.*, 370 U.S. 626, 630-31 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Id.* at 630. Reid has failed to abide by an order of this court.

Therefore,

**IT IS RECOMMENDED** that plaintiff's complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72(b), parties aggrieved by this recommendation have fourteen (14) business days from service of this report and recommendation to file specific, written objections with the clerk of court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.

Failure to file written objections to the proposed factual finding and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Federal Rule of Civil Procedure 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See Douglas v. United Services Automobile Association,* 79 F.3d 1415 (5th Cir. 1996),

THUS DONE AND SIGNED in Chambers this 13th day of June, 2016.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE