UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MARCUS K. REID | * | CIVIL ACTION NO. 2:15-cv-2860 |
| v. | * | JUDGE MINALDI |
| RYAN HEPPLER, ET AL | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 7) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Plaintiff's Objections (Rec. Doc. 10), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED** in accordance with the provisions of FED. R. CIV. P. 41(b).

Lake Charles, Louisiana, this 24 day of July, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE